UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-61277-RAR

STUFFED BEAVER LTD.,

Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A,"

Defendants.

_______________________________________/

**NOTICE OF ENTRY OF PARTIES**

Plaintiff hereby gives notice that the Defendants[1] identified below are being added as parties to this matter.

wangshengbing467945
Dsasdsf
liuxinran8841
zhuchaoqun1990
Kevin Holmes
wangwenjun008
liangshanshan45468
Chenbin2279
Jeanette Garner
nanxie
surprise bb
Oceanaviga
2ccm06
barashhxjssyt
afjkshdsf23
shangwudei
ffnnbycey
Kated
tushikui1230
Telabeen Salen Francen
callisteezziyai

[1] Defendants were previously listed on Schedule A to the Amended Complaint.

Fenghewan
fggdsggdf45g
hhdiyan
AAFDDGR
aiyuiyiy
heying1234568459547
2017Happy shop
LIUZHIQI66058
gaoliyan7758521
ncjcjcjcncjcncnfncncj
Jeanette Garner
stetehaqui
surprise bb
duanshuzhen2809657839
2ccm06
BartleyNathanxBsIa
Evelyn Fox
xianganwushif
xhaungshuan
osiduurnjf
yangfumei9918
julu_996047
zhuangzhouxiaodian
stroud Bryan
yrhfrtu8787u
Piojoarasbinico ca
ABVCFFD
Bcxcdsd
longzhichao123
2017Happy shop
liuxiangjie132213
liyongchao369
luornpeng
zhangli online
qiufeng8866
QiaoWei15783
Yong Lei Technology
CliffordLindsaymXlV
xiongcaiwei fashion
Yobecho
chengxinti
piaoxiudongning
zhujidongdian
Zzankhm
sdaehddf
Dana Espinoza

wangshuang794684
Buyuijk
sdsfdsfd
echosky
2017Happy shop
wangqiuyujiping
Kimberly Golden
beesevniy
Pproviner
AMELIA DONNELL
apettonemptkcnea
feservxlf
CarterSheilaiFmY
yewenjingpindian
shngadyue
waldieaqlvdqued
liushuanglingj
ftbyst
zhujidongdian
yewendazahuo
HeDyshop
gej4247shop
Songxilong364458908879
ddfdfeR
echosky
2017Happy shop
lidongmei112233
tengguiying66589
beesevniy
Maria Miller
jialiang fashion
huangfan0426
zhulimin111888

Dated: August 30, 2021

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*/s/ Nicole Fundora*______________
Richard Guerra
Fla. Bar No. 689521
Email: rguerra@brickellip.com

Nicole Fundora
Fla. Bar No. 1010231
Email: nfundora@brickellip.com
*Counsel for Plaintiff*